■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLU ABIDEKUN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Pitaro, J.), rendered March 20, 1990, convicting him of assault in the second degree and endangering the welfare of a child (three counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence was not excessive *(see, People v Kazepis,* 101 AD2d 816). We have considered the defendant's contentions in his supplemental *pro se* brief and find them to be without merit. Mangano, P. J., Bracken, Harwood, Rosenblatt and Ritter, JJ., concur.